UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

RANDOLPH WALZER, ESQUIRE
2042 W County Line Rd., Unit 8
PO Box 1234, Jackson NJ 08527
(723) 523-5300
email@walzerlawfirm.com
RW-6392
For Creditor-Mariner Finance LLC



Order Filed on April 17, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Calvin C. Morris aka
Calvin C. Morris Jr.

Case No.: 13-19675-CMG

Chapter: 13

Judge: CMG

## AMENDED ORDER TO PAY UNCLAIMED FUNDS

The relief set forth on the following page is **ORDERED**.

DATED: April 17, 2017

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the Motion of Randolph Walzer, Esq. on behalf of Mariner Finance LLC it is hereby ORDERED:

Unclaimed funds due Mariner Finance LLC in the sum of $1544.77 along with all future disbursements due Mariner Finance LLC to be paid to the Law Offices of Randolph Walzer, Esquire, PO Box 1234, Jackson NJ 08527.