UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

RANDOLPH WALZER, ESQUIRE
2042 W County Line Rd., Unit 8
PO Box 1234, Jackson NJ 08527
(723) 523-5300
email@walzerlawfirm.com
RW-6392
For Creditor-Mariner Finance LLC

Order Filed on April 17, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Calvin C. Morris aka
Calvin C. Morris Jr.

Case No.: 13-19675-CMG

Chapter: 13

Judge: CMG

## AMENDED ORDER TO PAY UNCLAIMED FUNDS

The relief set forth on the following page is **ORDERED**.

DATED: April 17, 2017

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the Motion of Randolph Walzer, Esq. on behalf of
Mariner Finance LLC it is hereby ORDERED:

Unclaimed funds due Mariner Finance LLC in the sum of $1544.77
along with all future disbursements due Mariner Finance LLC to be paid
to the Law Offices of Randolph Walzer, Esquire, PO Box 1234, Jackson
NJ 08527.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 13-19675-CMG
Calvin C. Morris                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Apr 24, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2017.
db             +Calvin C. Morris,   10 Manor House Court,   Eastampton, NJ 08060-4379

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Embrace Home Loans, Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Randolph  Walzer    on behalf of Creditor    Mariner Finance c/o Schiff & Schiff email@walzerlawfirm.com
              Randolph  Walzer    on behalf of Creditor    Mariner Finance LLC c/o Randolph Walzer, Esq email@walzerlawfirm.com
              Steven K. Eisenberg    on behalf of Creditor    LoanCare, a division of FNF Servicing, LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Steven K. Eisenberg    on behalf of Creditor    Embrace Home Loans, Inc. bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Steven N. Taieb    on behalf of Debtor Calvin C. Morris staieb@comcast.net
                                                                                             TOTAL: 9