**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Calvin C. Morris<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–1971<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 13–19675–CMG | |

# Order of Discharge                                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Calvin C. Morris
    aka Calvin C. Morris Jr.

4/13/18                                                           **By the court:** Christine M. Gravelle
                                                                        United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                                District of New Jersey

In re:                                                      Case No. 13-19675-CMG
Calvin C. Morris                                            Chapter 13
        Debtor
                                CERTIFICATE OF NOTICE
District/off: 0312-3        User: admin             Page 1 of 2        Date Rcvd: Apr 13, 2018
                            Form ID: 3180W          Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2018.
db             +Calvin C. Morris,    10 Manor House Court,    Eastampton, NJ 08060-4379
cr             +Carbucks of Delaware,    Corporate Office,    2702 W Azeele St,    Tampa, FL 33609-4220
cr             +Embrace Home Loans, Inc.,     Stern & Eisenberg, PC,    1040 N. Kings Highway, Suite 407,
                 Cherry Hill, NJ 08034-1925
cr             +LoanCare, a division of FNF Servicing, LLC,    c/o Stern & Eisenberg PC,
                 1040 N. Kings Highway Ste 407,    Cherry Hill, NJ 08034-1925
513906473       Accounts Recovery Bureau Inc.,    PO Box 6788,    Wyomissing, Pennsylvania 19610-0768
513906474      +Andrews Federal Credit Union,    5711 Allentown Road, Suite 400,    Suitland, Maryland 20746-4547
513934323      +Carbucks of Delaware,    2702 W Azeele St,    Tampa, FL 33609-4220
513906477      +Carbucks of Delaware,    1707 AMarsh Road,    Wilmington, Delaware 19810-4605
513906479       Embrace Home Loans,    PO Box 37628,    Philadelphia, Pennsylvania 19101-0628
514065069      +Embrace Home Loans, Inc.,     c/o LoanCare, Division of FNF Svc, Inc.,    P.O. Box 8068,
                 Virginia Beach, VA 23450-8068
514447059      +Embrace Home Loans, Inc.,     c/o LoanCare, a Division of FNF Servicin,    PO Box 8068,
                 Virginia Beach, VA 23450-8068
513906481       Fams,    PO Box 451409,    Atlanta, Georgia 31145-9409
513906483       LoanCare,    PO Box 8068,    Virginia Beach, Virginia 23450-8068
513906484      +Mariner Finance LLC,    2465 S. Broad St.,    Hamilton, New Jersey 08610-4700
513906489     #+Star Cash Processing Department,    3531P. Street Northwest,    PO Box 111,
                 Miami, Oklahoma 74355-0111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 13 2018 22:13:23      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 13 2018 22:13:22      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
514053774      +E-mail/Text: bncmail@w-legal.com Apr 13 2018 22:13:28      CERASTES, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513906475      +EDI: CAPITALONE.COM Apr 14 2018 02:03:00       Cap One,   PO Box 30253,
                 Salt Lake City, Utah 84130-0253
513906476       EDI: CAPITALONE.COM Apr 14 2018 02:03:00       Capital One Bank,    PO Box 71083,
                 Charlotte, North Carolina 28272-1083
513977672       EDI: CAPITALONE.COM Apr 14 2018 02:03:00       Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
513906478      +EDI: RCSFNBMARIN.COM Apr 14 2018 01:58:00      Credit One Bank,    PO Box 98873,
                 Las Vegas, Nevada 89193-8873
513906480       E-mail/Text: bknotice@ercbpo.com Apr 13 2018 22:13:26      Enhanced Recovery Company,
                 8014 Bayberry Road,    Jacksonville, Florida 32256-7412
513906482      +EDI: PHINHARRIS Apr 14 2018 02:03:00       Harris & Harris,    111 West Jackson Blvd,   Suite 400,
                 Chicago, Illinois 60604-4135
514083328       EDI: IRS.COM Apr 14 2018 02:03:00      IRS Special Procedures,    Attn Bankruptcy Section,
                 PO Box 724,    Springfield, NJ 07081-0720
514139945       EDI: MERRICKBANK.COM Apr 14 2018 01:58:00       MERRICK BANK,   Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
513906485       EDI: MERRICKBANK.COM Apr 14 2018 01:58:00       Merrick Bank,    PO Box 30537,
                 Tampa, Florida 33630-3537
513906486      +E-mail/Text: maureen@MHMUA.COM Apr 13 2018 22:13:52      Mount Holly MUA,
                 29-37 Washington Street,    PO Box 486,    Mount Holly, New Jersey 08060-0486
513906487       EDI: AGFINANCE.COM Apr 14 2018 01:58:00       One Main Financial,    516 High St, Suite 5,
                 Mount Holly, New Jersey 08060-1026
514134168       EDI: PRA.COM Apr 14 2018 01:58:00      Portfolio Recovery Associates, LLC,    c/o Capital One,
                 POB 41067,    Norfolk VA 23541
513992653      +E-mail/Text: bankruptcy@pseg.com Apr 13 2018 22:13:04      PSE&G,    PO Box 490,
                 Cranford NJ 07016-0490,    Attn: Bankruptcy Dept
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Mariner Finance c/o Schiff & Schiff,    PO Box 1000,    West Long Branch, NJ 07764-0730
514083330*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: IRS Special Procedures,    Attn Bankruptcy Section,    PO Box 724,
                 Springfield, NJ 07081-0720)
514083329*     +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
514083331*     +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
515782594*     +MARINER FINANCE LLC,    3301 BOSTON ST. SUITE 201,    BALTIMORE, MD 21224-4979
513925811     ##+MARINER FINANCE, LLC,    3301 BOSTON ST, STE 201,    BALTIMORE, MD 21224-4979
513922552     ##+Mariner Finance c/o Schiff & Schiff,    P.O. Box 1000,    West Long Branch, NJ 07764-0730
513906488     ##+Schiff & Schiff, Esquires,    211 Monmouth Road,    PO Box 1000,
                 West Long Branch, New Jersey 07764-0730
                                                                                   TOTALS: 0, * 5, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Apr 13, 2018
                              Form ID: 3180W           Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2018 at the address(es) listed below:
```
          Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Albert    Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Embrace Home Loans, Inc. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Melissa S DiCerbo    on behalf of Creditor    Lakeview Loan Servicing, LLC nj-ecfmail@mwc-law.com
          Randolph   Walzer    on behalf of Creditor    Mariner Finance LLC c/o Randolph Walzer, Esq
           email@walzerlawfirm.com
          Randolph   Walzer    on behalf of Creditor    Mariner Finance c/o Schiff & Schiff
           email@walzerlawfirm.com
          Steven K. Eisenberg    on behalf of Creditor    LoanCare, a division of FNF Servicing, LLC
           bkecf@sterneisenberg.com,
           jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
          Steven K. Eisenberg    on behalf of Creditor    Embrace Home Loans, Inc. bkecf@sterneisenberg.com,
           jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
          Steven N. Taieb    on behalf of Debtor Calvin C. Morris staieb@comcast.net
                                                                                  TOTAL: 10
```